# United States District Court
## Southern District of Georgia

The Ford Plantation Club, Inc.

_____
Plaintiff

v.

New York Marine and General Insurance Company and Hartford

_____
Defendant

Case No. 4:19-cv-00261-PSB-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __24th__ day of __October__, __2019__.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Ashley Noelle Harris |
| Business Address: | Merlin Law Group, P.A. |
| | Firm/Business Name |
| | 777 S Harbour Island Boulevard |
| | Street Address |

| Suite 950 | Tampa | FL | 33602 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (813) 229-1000 | | 786008 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: aharris@merlinlawgroup.com