# United States District Court
## Southern District of Georgia

The Ford Plantation Club, Inc.
_____
Plaintiff

Case No. 4:19-cv-00261-PSB-CLR

v.

New York Marine and General
Insurance Company and Hartford
_____
Defendant

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  24th  day of  October , 2019 .

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | William Corretti Harris |
| Business Address: | Merlin Law Group, P.A. |
| | Firm/Business Name |
| | 777 S Harbour Island Boulevard |
| | Street Address |

| Suite 950 | Tampa | FL | 33602 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(813) 229-1000
Telephone Number (w/ area code)     Georgia Bar Number

Email Address:  charris@merlinlawgroup.com