# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THE FORD PLANTATION CLUB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO.: 4:19-cv-00261-RSB- |
| ) | CLR |
| ) | |
| NEW YORK MARINE AND GENERAL ) | |
| INSURANCE COMPANY and ) | |
| HARTFORD STEAM BOILER ) | [on removal from Superior Court |
| INSPECTION AND INSURANCE ) | of Bryan County Case No. |
| COMPANY, ) | SUV2019000348] |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [DE. 11]**

Plaintiff. THE FORD PLANTATION CLUB, INC., by and through the undersigned counsel, hereby files this Notice of Withdrawal of Stipulation of Voluntary Dismissal with Prejudice [DE. 11] filed on November 8, 2019..

Respectfully submitted this  8th  day of November, 2019.

MERLIN LAW GROUP, P.A.

*/s/ Ashley N. Harris*
Ashley N. Harris
Georgia Bar No. 786008
*Attorney for Plaintiff*

777 S. Harbour Island Blvd.
Suite 950
Tampa, FL 33602
(813) 229-1000
aharris@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF WITHDRAWAL OF STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [DE. 11]** via the CM/ECF System which will automatically send notification to all counsel of record as follows:

Christy M. Maple
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE
Suite 300
Atlanta, Georgia 30309
*Attorney for Defendant Hartford Steam Boiler*
*Inspection and Insurance Company*

E. Alan Miller
William F. Prosch, III
E. Alan Miller, P.C.
3379 Peachtree Road, N.E., Suite 400
Atlanta, GA 30326
*Attorney for Defendant New York Marine*
*and General Insurance Company*

-3-

This <u>8th</u> day of November, 2019.

                                    MERLIN LAW GROUP

                                    */s/ Ashley N. Harris*
                                    Ashley N. Harris
                                    Georgia Bar No. 786008
                                    *Attorney for Plaintiff*

777 S. Harbour Island Blvd.
Suite 950
Tampa, FL 33602
(813) 229-1000
aharris@merlinlawgroup.com