

October 19, 2018

The Ford Plantation Club
12511 Ford Ave
Richmond Hill, GA

Attention: Marc Ray; General Manager

*Sent via E-Mail: mray@fordplantation.com*

| | | |
|---|---|---|
| RE: | **Insured:** | **The Ford Plantation Club, Inc.** |
| | Location of Loss: | 12511 Ford Ave, Richmond Hill, GA 31324 |
| | Nature of Loss: | Hurricane Irma - Wind / Flood (CAT 1744) |
| | Date of Loss: | September 5, 2017 |
| | Policy Number: | PK201700007890 |
| | Our File Number: | 1000211969 |
| | **Claim Number:** | **LAX00125834** |

Dear Mr. Ray:

As you are aware, Engle Martin & Associates, is the independent adjusting firm retained to assist Strata Claims Management c/o New York Marine and General Insurance Company ("New York Marine") with the adjustment of the above referenced claim.

New York Marine has agreed to conclude the claim in exchange for a fully executed and notarized Policyholder's Release. The final approved settlement amount totals $300,000.00.

Please advise of any mortgagees, loss payees and/or lenders that should be included on the final check. Have the document signed by an authorized representative of your company, have the document notarized, and return the original to our office by mail.

Once this completed document has been received the carrier will issue payment. To expedite payment, you may first forward a copy of the executed document to our office via facsimile or email. When submitting the form please verify your mailing address as to where the final check should be mailed.

www.englemartin.com



1000211969
Page 2

Please advise if you have any questions. Otherwise, we await the return of the executed Policyholder's Release so that payment can be made. Thank you for your assistance in reaching this resolution.

Regards,

ENGLE MARTIN & ASSOCIATES

Corey Erb
National General Adjuster
Cerb@englemartin.com
Cell Number: 704-609-1823

**Enclosures:**

1. Policyholder's Release
2. Statement of Loss

www.englemartin.com

## POLICYHOLDER'S RELEASE PROPERTY DAMAGE CLAIM

**NAMED INSURED:** The Ford Plantation Club, Inc.
**CLAIM NO:** LAX00125834
**POLICY NO:** PK201700007890
**LOSS LOCATION:** 12511 Ford Ave, Richmond Hill, GA 31324
**DATE OF LOSS:** September 5, 2017

IN CONSIDERATION of the sum of **Three Hundred Thousand Dollars and 00/100 ($300,000.00)** and other good and valuable considerations to me/us paid and the receipt of this sum is hereby acknowledged, we, **The Ford Plantation Club, Inc.** do hereby release and forever discharge **New York Marine and General Insurance Company** and heirs, administrators, executors, successors and assigns, from any and all actions, causes of action, claims and demands whatsoever for, all loss and damages.

IT BEING FURTHER AGREED AND UNDERSTOOD, that the payment of said amount is not to be construed as an admission of liability, but is a compromise of a disputed claim and that this release is executed in full settlement and satisfaction of rights of the undersigned under policy number **PK201700007890** arising out of said **Wind** loss which occurred on **September 5, 2017** above referred to, as well as any other damages sustained during the policy period.

WITNESS my/our signature _____ and seal _____ this day of _____, 200___.

**CAUTION: READ BEFORE SIGNING BELOW**

_____     _____Marc D Ray_____ (SEAL)
Witness                                          Insured

_____     _____ (SEAL)
Witness                                          Officer

### ACKNOWLEDGEMENT

| FOR INDIVIDUALS | FOR CORPORATIONS |
|---|---|
| State of _____ | State of _Georgia_ |
| County of _____ | County of _Bryan_ |
| On the ___ day of _____, 20__, | On the _23_ day of _October_, 20_18_. |
| before me came _____ | before me came to me known, who being |
| to me known to be the individual described in, and | by me duly sworn, did depose and say |
| who executed the foregoing instrument, and | that he/she resides in _Richmond Hill_ |
| acknowledged that _____ executed same. | that he/she is the _General Manager_ _The Ford Plantation_ the corporation described in, and which executed the foregoing instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and the he/she signed his/her name thereto by like order. |

_Marianne Schofield_
Notary Public

[Notary Seal: MARIANNE SCHOFIELD, My Commission Expires 05-30-2021, NOTARY PUBLIC, BRYAN COUNTY, GEORGIA]