# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

THE FORD PLANTATION CLUB, INC.,

      Plaintiff,

     v.

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY, et al.,

      Defendants.

CIVIL ACTION NO.: 4:19-cv-261

## O R D E R

The Court has been advised by the parties that the above-captioned case has settled. (Doc. 26.)  Therefore, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty (60) days of the date this order is entered, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement.  If the parties fail to file a dismissal judgment as described above, the Court will dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

**SO ORDERED**, this 24th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA