## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| THE FORD PLANTATION, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-261 |
| v. | |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY; and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, | |
| Defendants. | |

## **O R D E R**

On March 24, 2020, upon notice from the parties that this case had settled, the Court administratively closed this case but provided the parties a sixty-day period to present, at their option, a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the settlement terms so the Court could retain jurisdiction to enforce the agreement.  (Doc. 27.) More than sixty days have passed without the parties having filed such a dismissal judgment or having made such a request.  Instead, the parties have filed a simple Joint Stipulation of Dismissal of all claims with prejudice in accordance with Rule 41(a)(1)(A)(ii).  (Doc. 29.)  The Court thus **DIRECTS** the Clerk to **REOPEN** this action and to **TERMINATE** all pending motions; **DISMISSES** the action with prejudice; and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 29th day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA